

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2025

No. 04-25-00492-CR

Thomas Jay **DUBAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CR-011078
Honorable Kevin M. O'Connell, Judge Presiding

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is so **ORDERED** on October 29, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court